No. 75–5855.   Weatherspoon  v.  United States. C. A. 8th Cir.   Certiorari denied.

No. 75–5866.   Pittman  v.  United States.   C. A. 4th Cir.   Certiorari denied.

No. 75–5871.   Henderson  v.  United States.   C. A. 4th Cir.   Certiorari denied.

No. 75–5880.   Jonas  v.  Connecticut.   Sup. Ct. Conn.   Certiorari denied.

No. 75–5886.   Boyland  v.  Smith, Warden.   C. A. 10th Cir.   Certiorari denied.

No. 75–5890.   Abrams  v.  New York.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 75–5893.   Taft  v.  Hopper, Warden, et al.   C. A. 5th Cir.   Certiorari denied.

No. 75–5894.   Roundtree  v.  United States.   C. A. 8th Cir.   Certiorari denied.

No. 75–5896.   Buford  v.  Henderson, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 75–5900.   Hendry  v.  Industrial Commission of Arizona et al.   Sup. Ct. Ariz.   Certiorari denied.

No. 75–5905.   Frazier et al.  v.  Donelon et al. C. A. 5th Cir.   Certiorari denied.

No. 75–5906.   Sherrill  v.  Wyrick, Warden.   C. A. 8th Cir.   Certiorari denied.